**VERONICA DEAVER**
**P.O. Box 2248**
**McKinney, Texas 75070**
**State Bar No. 24007096**
**Ph: (972-562-8863**
**Fax: (972) 529-7010**
**Attorney for Debtors**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **IN RE** | ) | **Case No: 19-41126** |
| | ) | |
| **Lupo Construction, LLC** | ) | |
| | ) | **Chapter 7** |
| | ) | |
| **Debtor(s)** | ) | |
| | ) | |
| | ) | |

### NOTICE OF RESCHEDULED 341 MEETING OF CREDITORS'

    Notice is hereby given that the 341 Meeting of Creditors' in the above styled and numbered cause has been rescheduled for the 3rd day June, 2019 at 11:30 a.m. at the following location:

        Plano Event Center
        2000 E. Spring Creek Pkwy.
        Plano, Texas 75074

                                */s/Veronica Deaver*
                                **VERONICA DEAVER**
                                **POST OFFICE BOX 2248**
                                **MCKINNEY, TEXAS 75070**
                                **STATE BAR NO. 24007096**
                                **TEL: (972) 562-8863**
                                **FAX: (972) 529-7010**
                                **ATTORNEY FOR DEBTOR(S)**

**VERONICA DEAVER**
**P.O. Box 2248**
**McKinney, Texas 75070**
**State Bar No. 24007096**
**Ph: (972-562-8863**
**Fax: (972) 529-7010**
**Attorney for Debtors**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Case No: 19-41126 |
| | ) | |
| **Lupo Construction, LLC** | ) | |
| | ) | Chapter 7 |
| | ) | |
| Debtor(s) | ) | |
| | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of the Rescheduled 341 Meeting of Creditors' has been served on this the 28th day of May, 2019 either electronically or by first class US Mail in compliance with the Federal and Local Rules of Bankruptcy Procedure to the following:

ALL PARTIES LISTED ON THE
COURT MAILING MATRIX

_/s/ Veronica Deaver_
Veronica Deaver
State Bar No. 24007096

Label Matrix for local noticing
0540-4
Case 19-41126
Eastern District of Texas
Sherman
Mon May 27 16:42:01 CDT 2019

AT&T
PO Box 6463
Carol Stream IL 60197-6463

America Express
PO Box 981535
El Paso, TX 79998-1535

Capitol One
PO Box 30285
Salt Lake City UT 84130-0285

Chase
PO Box 960013
Orlando FL 32896-0013

Crimson Builders
1900 Airport Frwy.
Bedford TX 76022-6856

Veronica Deaver
P.O. Box 2248
McKinney, TX 75070-8167

Granite Marble
6401 Long Point Rd., Ste 600
Houston TX 77055-2612

Hinckley Cook PC
5850 Town & Country Blvd., Suite 1304
Frisco, TX 75034-6957

Internal Revenue Services
Centralized Insolvencey Operation
PO Box 7346
Philadelphia PA 19101-7346

Kabbage Inc
PO Box 77081
Atlanta GA 30357-1081

Lupo Construction, LLC.
6625 Orchard Park Dr.
McKinney, TX 75071-5093

Prime Lending
PO Box 77408
Ewing NJ 08628-6408

Southern Shingles
903 W Kirby St.
Wylie TX 75098-3918

Sterns Bank
4140 Thielman Ln., Suite 105
St. Cloud MN 56301-7326

Synchrony Bank
PO Box 960061
Orlando FL 32896-0061

Texas Workforce Commission
101 E. 15th St
Austin TX 78778-0001

U.S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

US Dept of Labor
PO Box 2422
Washington DC 20013-2422

US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702-7231

Village Liquor
701 S. Stemmons Frwy #2
Lewisville TX 75067-4547

Mark A. Weisbart
The Law Office of Mark A. Weisbart
12770 Coit Road, Suite 541
Dallas, TX 75251-1366

Wells Fargo
2851 Ridge Rd.
McKinney, TX 75072-9133

End of Label Matrix
Mailable recipients      22
Bypassed recipients       0
Total                    22